**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**DISCOVERY PLUMBING**
**SOLUTIONS, INC.**

           **Plaintiff,**        **JURY DEMAND**

                                          **CIVIL NO 4:24-cv-02261**

        **vs.**

**UNITED STATES OF AMERICA**

           **Defendant.**

---

**JOINT STIPULATION FOR PLAINTIFF'S VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. PROC. 41 (a)(1)(A)(ii)**

Plaintiff, Discovery Plumbing Solutions, Inc, and Defendant, United States of America, respectfully file this Joint Stipulation for Plaintiff's Voluntary Dismissal of this action with prejudice but without a required Court Order pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

In support of this Joint Stipulation, the following statements are offered:

1. On June 14, 2024, Plaintiff filed its Complaint for this Civil Action before this Court.

2.  On August 27, 2024, Defendant filed its Answer, responsive to the Plaintiff's

    Complaint, before this Court.

3.  The parties have agreed to dismiss this action with prejudice with each party

    to bear its respective costs, including any possible attorneys' fees or other

    expenses of this litigation.

Dated:  August 29, 2024                     Respectfully submitted,

                                  **/s/   *Justin H. DiLauro***
                                  JUSTIN H. DILAURO, ESQ.
                                  Sr. Tax Attorney and Owner/Manager
                                  DiLauro Tax Law PLLC
                                  9639 Hillcroft Street, Suite 844
                                  Houston, Texas 77096
                                  (888) 463-5829
                                  (713) 456-2027 (fax)
                                  JHD@DiLauroTaxLaw.com
                                  USDC SDTX No:   3865386
                                  Texas State Bar No:  24055404

                                  Counsel for Plaintiff
                                  Discovery Plumbing Solutions, Inc.


                                  DAVID A. HUBBERT
                                  Deputy Assistant Attorney General
                                  **/s/     *Michelle C. Johns***
                                  MICHELLE C. JOHNS
                                  Texas State Bar No. 24010135
                                  Department of Justice, Tax Division
                                  717 N. Harwood, Suite 400
                                  Dallas, Texas 75201
                                  (214) 880-9762 (Johns)

- 3 -

(214) 880-9741 (FAX)
Michelle.C.Johns@usdoj.gov

Counsel for Defendant
United States of America

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024, I electronically filed the foregoing document, including any exhibits, with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing (ECF) system of the Court, which will cause an ultimate serving of a copy to the United States of America.

/s/   *Justin H. DiLauro*
JUSTIN H. DILAURO